DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 262P12 | State v. Geraldo Ramirez-Romero AKA: John Doe # 1045 | Def's PDR Under N.C.G.S. § 7A-31 (COA11-920) | Denied |
|---|---|---|---|
| 263P12 | State v. Dorsey Booker | Def's *Pro Se* PWC to Review the Order of the COA (COAP12-370) | Denied |
| 264P12 | State v. Kevin Steffon Pegues | 1. Def's *Pro Se* Motion for PDR (COA10-329) | 1. Dismissed |
| | | 2. Def's *Pro Se* PWC to Review Decision of COA (COA10-329) | 2. Denied |
| 265P12 | State v. Theodore Morris Foust | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied **06/20/12** |
| 266P12 | Ernie David Russ v. Donald Ray Long and Helen Long | 1. Plt's *Pro Se* Motion for NOA (COA12-401) | 1. - - - |
| | | 2. Defs' Motion to Dismiss Appeal | 2. Allowed |
| | | 3. Defs' Motion for Sanctions | 3. Denied |
| 267P12 | State v. Andre Sharrod Sharpless | 1. State's Motion for Temporary Stay (COA11-1343) | 1. Allowed **06/20/12**; Dissolved the Stay **08/23/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 269PA09-2 | Travis T. Bumpers and Troy Elliott, on Behalf of Themselves and All Others Similarly Situated v. Community Bank of Northern Virginia | 1. Def's Motion for Temporary Stay (COA08-1135-2) | 1. Allowed **09/30/11** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| | | 4. Plts' Motion to Dissolve Temporary Stay | 4. Denied **10/13/11** |
| 269P12 | Burrell Y. Artiste v. Butch Jackson, Admin. | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **06/21/12** |
| 270P12 | In the Matter of: L.A.T. and L.M.T. | 1. Appellant's PDR Under N.C.G.S. § 7A-31 (COA12-26) | 1. Denied |
| | | 2. Guardian *ad Litem's* Motion to Withdraw and Substitute Counsel | 2. Allowed |